IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 2:12-cv-03147-AB |
| : | |
| JOHN DOES 1-12, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 2 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 2 was assigned the IP Address 68.81.137.68. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 2 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: July 30, 2012

                                                  Respectfully submitted,

                                                  By: /s/ *Christopher P. Fiore*
                                                  Christopher P. Fiore
                                                  cfiore@fiorebarber.com
                                                  Attorneys At Law
                                                  425 Main Street, Suite 200
                                                  Harleysville, PA 19438
                                                  Phone: 215-256-0205
                                                  *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christopher P. Fiore*