IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:12-cv-03147-AB |
| JOHN DOES 1, 3-12, | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 7 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 7 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 7 was assigned the IP Address 71.224.232.37. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 7 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 7, 2012

Respectfully submitted,

By: /s/ Christopher P. Fiore
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ <i>Christopher P. Fiore</i></u>