**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

------------------------------------------------------------------X
                               :

MALIBU MEDIA, LLC,
                               :    Civil Action No. 2:12-cv-03147-AB

              Plaintiff,     :

            vs.            :

JOHN DOES 1-12            :

           Defendants.   :

------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOES 10, 11 & 12

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 10, 11 & 12 ("Defendants") from this action <u>without prejudice</u>. John Does 10, 11 & 12 were assigned the IP addresses 71.162.156.206, 71.185.233.163 & 74.103.142.243, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 29, 2013

Respectfully submitted,

FIORE & BARBER, LLC

By:     /s/ *Christopher P. Fiore*
        Christopher P. Fiore, Esquire
        Aman M. Barber, III, Esquire
        Attorneys for Plaintiff
        425 Main Street, Suite 200
        Harleysville, PA 19438
        Tel:  (215) 256-0205
        Fax:  (215) 256-9205
        Email:  cfiore@fiorebarber.com
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Christopher P. Fiore*